

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Mitchell M Owens Sr
(Please print)

STREET ADDRESS: 730 EAST 84 place Apt 2 north

CITY/STATE/ZIP: Chicago Illinois zip 60619

PHONE NUMBER: (773)994-0848 or (773)318-2618

CASE NUMBER: 08CV2090
JUDGE DOW
MAGISTRATE JUDGE COX

Signature: Mitchell M Owens Sr

Date: _____

**FILED**
APR 11 2008  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 11 2008