**RECEIVED**

APR 1 5 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**

APR 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mitchell M. Owens
**Plaintiff(s)**

v.

City of Chicago Forestry Department
**Defendant(s)**

Case No. 1:08-CV-02090

Honorable Robert M. Dow, Jr

**AMENDED COMPLAINT**

adding a letter from the Courts my motion To Continued October 29, 2007 because I and the Judge wonted to know if I got the letter from E.E.O.C To Continue My case here because I didn't have a Attorny to help me with this Case and Here they can grant an also have an Attorny on Staff To help, The city attorny made the Judge madd by reading the paper or what ever Every time they came To Court he Did not like that at all. /s/ Mitchell Owens

Order

CCG N002-300M-2/24/05

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Mitchell Owens

v.

City of Chicago

No. 02 L 506

### ORDER

This cause coming to be heard on plaintiff's motion to reconsider, due notice given, and the court fully advised in the premises, it is hereby ordered that:

Plaintiff's motion to reconsider is entered and continued to Monday, October 29, 2007 at 9:00 a.m. in room 2101, at which time the Court will rule on plaintiff's motion.

Atty. No.: 90909
Name: K. Crowe
Atty. for: Defendant City of Chicago
Address: 30 N. LaSalle, #1020
City/State/Zip: Chicago IL 60602
Telephone: (312) 744-5100

ENTERED:
Dated:
Judge Ronald F. Bartkowicz
ENTERED
SEP 2 '[illegible]
Judge
Circuit Court 193
Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**