UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY X 9 2008
5-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

**Plaintiff(s)**
Mitchell M. Owens

v.

**Defendant(s)**
City of Chicago Forestry Department

Case No. 08CV2090
Judge Dow
Magistrate Judge Cox

Second Motion to refile Complaint

1) For number Eight on the Complaint Form I went to E.E.O.C many time. then one Trying to get a right to sue letter also in 2000. and made apointments. and I Feel polictics and some wrong doing was involed.

2) number 12 on h letter I really didn't under stand and Asking the Judge Dow + courts to reconsider.

3) I am Asking the Courts to help me with an Attorney becouse the list I recieved Form the Courts I called them all I also have information and letters to surport From Attorneyss m.o. were I went to. For help in my Second Complant Form Thats why I am Asking For help and this motion

Mitchell M. Owens