MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

__Mitchell M. Owens__
PLAINTIFF

VS.

__City of Chicago Forestry Department__
DEFENDANT

CASE NO. __08 CV 2090__
Judge Dow
MAGISTRATE
Judge Cox

## NOTICE OF MOTION

TO: __City of Chicago Attorney's__
__30 North LaSalle Suite__
__1020 Chicago IL 60604__

**FILED**
JN 5-9-2008
MAY X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On __May__ __13__, at __9:15 AM__ a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable __Judge Dow__ in Courtroom __1719__ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present __9:15 AM__

Name __Mitchell M.O. Owens__
Address __730 East 84 Place Apt 2W__
City / Zip __Chicago IL, 60619__
Telephone __(773) 994-0848__

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the ____ day of _____,
I served a copy of this notice to each person whom it is directed by way of _____

SIGNATURE / CERTIFICATION                                                      DATE