MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mitchell M. Owens

_____
(Name of the plaintiff or plaintiffs)

v.

City of Chicago
Forestry Department
_____
(Name of the defendant or defendants)

CIVIL ACTION

NO. 08CV2090

Judge Dow
MAGISTRate Judge Cox

RECEIVED
5-9-2008
MAY 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SECOND AMENDED
**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is Mitchell M. Owens _____ of the county of Cook _____ in the state of Illinois.

3. The defendant is City of Chicago Forestry Department, whose street address is 30 north Lasalle suite 1020 or 121 north Lasalle Room 100 (city) Chicago (county) Cook (state) Illinois (ZIP) 60604 or 60602
(Defendant's telephone number) (312)-744-7630

4. The plaintiff sought employment or was employed by the defendant at (street address) 119 South Ashland _____ (city) Chicago
(county) Cook (state) Illinois (ZIP code) 60628 I think that's it

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.
   
   (b) ☐ was hired and is still employed by the defendant.
   
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _1_, (day) _11_, (year) _2000_.

7.1 _(Choose paragraph 7.1 or 7.2, do not complete both.)_

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) _____ (day) _____ (year) _____.

    (ii) ☒ the Illinois Department of Human Rights, on or about (month) _08_ (day) _4_ (year) _2000_.

    (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month) _____ (day) _____ (year) _____
    ☐ No, did not file Complaint of Employment Discrimination

    2. The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____.

    c. Attached is a copy of the

        a. Complaint of Employment Discrimination,
        ☐ YES ☐ NO, but a copy will be filed within 14 days.

        (ii) Final Agency Decision

        ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a)☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

   (a)☐ Age (Age Discrimination Employment Act).
   (b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c)☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f)☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city) town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

   (a)☐ failed to hire the plaintiff.
   (b)☒ terminated the plaintiff's employment.
   (c)☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Under the Industrial Commission and also EEOC, ACT on Disabilities act under Both I receive the one in which I did them both the same day. I was hurt on the Job Nov 11, 1999 Sent to the hospital. From the Job site with head, neck and legs injuries, Which put me Disable Me to work My Job, tree triming

13. The facts supporting the plaintiff's claim of discrimination are as follows:

While I was off work under doctors Care I was terminated From my Job in which it was the City Equipment Fate Injuring me on the Job it was not of my doing also I Keep my Supervisor informed on my Health also The City in writting ask me to write them a letter or my doctor on my Health. The City of Chicago wrote me a letter January 14, 2000 I was terminated But the letter States I had 5 or 10 day to repond

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): pay Court cost give me my Job Back, Back pay, retro checks, Time Back on the Job, Full benefits Back, put Back and services. Health care Back, For pain and Suffering 500,000.00 Five Hundred thousand Dollars. I in these years lost everything. Attorney Fees, OF that thrid They get From me.

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Mitchell M. Owens

(Plaintiff's name)
Mitchell M. Owens

(Plaintiff's street address)
730 EAST 84 place Apt 2 north

(City) Chicago   (State) Illinois   (ZIP) 60619
(Plaintiff's telephone number) (773) - 994-0848 or (773) 318-2618

Date: MAy 9/2008

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2007-07151 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Mitchell Owens | (773) 994-0848 | 09-25-1962 |

Street Address: 730 East 84 Place, 2 North, Chicago, IL 60619

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF CHICAGO FORESTRY DEPT | 500 or More | (312) 747-0429 |

Street Address: 2 North Lasalle, City Hall, Chicago, IL 60602

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-14-2000    Latest: 06-01-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about June 10, 1992. My most recent position was Tree Trimmer 1. On or about January 14, 2000, I was discharged. I have not been recalled.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disability Act of 1990.

RECEIVED EEOC
NOV 28 2007
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

Nov 28, 2007    [signature]
Date    Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5054 2214

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

January 22, 2008

Mr. Mitchell M. Owens, Sr.
730 E. 84th Place, Apt. 2 North
Chicago, IL 60619

Re: EEOC Charge Against City of Chicago Forestry Dept.
No. 440200707151

Dear Mr. Owens, Sr.:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Grace Chung Becker
Acting Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

RECEIVED EEOC
MAR 11 2008
CHICAGO DISTRICT OFFICE

cc: Chicago District Office, EEOC
    City of Chicago Forestry Dept.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

CHARGE NUMBER: 440-2007-07151

CHARGING PARTY: Mitchell Owens

RESPONDENT: City of Chicago Forestry Dept

I request that the Commission issue me a Notice of Right to Sue against the above named Respondent. I understand that when the Notice of Right to Sue is issued the Commission will cease processing my charge.

DATE: 11/28/2007

_M. Owens, Sr._
(Signature)

730 EAST 84 place Apt 2 north
(Address)

Chicago Illinois zip 60619
(City, State & Zip Code)

(773) 994-0848 or (773) 318-2618
(Telephone Number)

RECEIVED EEOC
NOV 28 2007
CHICAGO DISTRICT OFC

RONALD S. SAMUELS AND ASSOCIATES
ATTORNEYS AT LAW

RONALD S. SAMUELS
(312) 263-6600
(312) 263-6603

Suite 434
29 S. LaSalle Street
Chicago, Illinois 60603

August 1, 2007

Mr. Mitchell M. Owens
730 East 84th Place
Chicago, Illinois

RECEIPT FOR RETURN OF DEPOSITED DOCUMENTS

I, Mitchell M. Owens acknowledge the receipt and return of documents deposited with Attorney Samuels in April of 2007. These documents were deposited in April of 2007, along with $125.00 for the purpose of review by Attorney Samuels as to whether I had a case, and whether or not he would take the case.

Mr. Samuels has determined that he would not represent me in the case. I have not had contact with Mr. Samuels since I turned over the documents to him in April, 2007.

_____
Mitchell M. Owens

# SHAYNA T. WILLIAMS
### ATTORNEY AT LAW

3859 WEST 26TH STREET
CHICAGO, ILLINOIS 60623
PHONE: 773/277-8181
FAX: 773/277-8186

---

January 10, 2007

Mitchell M. Owens, Sr.
730 East 84 Place, Apt. 2 North
Chicago, Illinois 60619

**RE: Mitchell M. Owens v. The City of Chicago**

Please let this letter serve to inform you that I am not representing you in the above referenced matter. By signing below you agree to same. In addition, you acknowledge that you have received your documents from my office and received a copy of this letter.

_____         1/10/2007
Mitchell M. Owens                  Date

_____         1/10/2007
Shayna T. Williams, Attorney at Law   Date

**Rima Najjar Kapitan, Attorney and Counselor at Law**
106 S. Ridgeland Ave., Suite 209 • Oak Park, IL 60302 • (312) 859-1259 • rimakapitan@yahoo.com

April 17, 2007

Mr. Mitchell Owens
730 East 84th Place, Apt. 2N
Chicago, IL 60619

Dear Mr. Owens,

Thank you for taking the time to go over your employment case with me. Unfortunately I will not be able to represent you in this matter.

Best of luck,

Rima Kapitan

                                                                                                                                               _/s/ Dave E. Compton_
                                                                                    Dave E. Compton, atty for
Dave E. Compton                                                                 Plaintiff.
Attorney at Law
9659 Crandon Avenue
Chicago, Illinois 60617
(773) 221-5826
Atty.Code:28397

# INFORMATION ON EMPLOYMENT DISCRIMINATION

This information is being given to you to help you decide whether your employment problem can be handled by the United States Equal Employment Opportunity Commission (EEOC). The EEOC was created by Congress to investigate allegations of employment discrimination engaged in by private employers, public state and local governments, labor unions and employment agencies. The EEOC <u>can only investigate</u> <u>allegations</u> of employment discrimination because of one or more of the reasons listed below:

*[handwritten: Mr Lell Owens / 730 E 84th Pl. / Apt. 3 South / Chicago 60619]*

- Your race,
- Your color (darkness or lightness of skin),
- Your sex,
- Your religion,
- Your national origin,
- Your age (if you are 40 or older), or
- Your disability (includes employer's belief that you are disabled),
- Opposing or protesting an act violating one of the laws enforced by EEOC,
- Participating in an investigation or proceeding relating to one of the laws enforced by EEOC,
- Associating with someone protected by one of the laws enforced by EEOC.

Some of these terms may have different meanings under the laws we enforce than elsewhere. EEOC can provide you with information regarding the meaning of the terms concerning your situation.

The EEOC <u>does not</u> accept complaints of discrimination against the <u>Federal Government</u>. Such complaints must be filed with the EEO office of the agency alleged to have engaged in discrimination.

The EEOC <u>does not</u> investigate charges alleging unfairness unrelated to race, color, sex, religion, national origin, age or disability.

The laws EEOC enforces against employment discrimination based on race, color, religion, sex, national origin, and disability require that an employer must employ 15 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

The law that prohibits employment discrimination against persons 40 years of age or older requires that the employer must employ 20 or more employees, and a charge must be filed within 300 days of the alleged discriminatory act.

A law that prohibits discrimination based on sex in the payment of wages for substantially equal work, requires that a lawsuit must be filed within two years of the alleged discriminatory act. The employer must employ at least one employee other than the employee complaining of discrimination. A charge may be filed within the same two year period but is not required.

EEOC accepts charges of discrimination from the public and depending on the circumstances, may take one or more of the following actions regarding a charge:

1. Investigate to the extent EEOC deems necessary to determine whether illegal employment discrimination probably has occurred;

2. Attempt to work out a settlement of the dispute between the individual who filed the charge (Charging Party) and the organization accused of employment discrimination (Respondent); or

3. Provide the Charging Party with a notice which permits him/her to sue the Respondent.

# CHARGE QUESTIONNAIRE

Office Appt.
6/12/03
2:00 pm

Form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

You must completely fill out this form and sign the last page.

The Commission will then determine if it has the right under the law to investigate your employment claim.

Whether you complete this form in our office or mail it to the EEOC, it must be received by the Commission within 300 days of the date of the alleged discrimination.

NAME (First) _Mitchell_ (Middle Name or Initial) _Martin_ (Last) _Owens Sr._    DATE _____

ADDRESS _730 East 84 place Apt 3 south_    CITY _Chicago_

STATE _Illinois_    ZIP _60619_    COUNTY _Cook_

HOME TELEPHONE NUMBER _(773) 994-0848_    DAYTIME TELEPHONE NUMBER _(773) 994-0848_    SEX _MALE_

SOCIAL SECURITY NUMBER _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_    CURRENT AGE _40_

DATE OF BIRTH _9/25/62_

Please provide the name of an individual at a different address who is always able to reach you.

NAME _Mildred Owens_    ADDRESS _6609 South Aberdeen_

CITY _Chicago_    STATE _IL_    ZIP _60627_    TELEPHONE NUMBER _(773) 846-5421_

Type of organization that you believe discriminated against you.

✓ _City of Chicago_ Private Company ___ State Government ___ County Government ___ City Government

___ Employment Agency ___ Union

Educational Institution: ___ Public ___ Private

What is the nature of organization's business (what does the company do) _Trim & cut down Trees all over the city of Chicago Forestry Dept._

Provide the full name of the organization that you believe discriminated against you. Provide the address and telephone number of the location where the alleged discrimination occurred.

Name of organization _Forestry Dept City of Chicago_    Address _City Hall 7FL Personnel_

City _Chicago_    State _IL_    Zip Code _60601_

Telephone Number _(312) 747-0429_    County _Cook_

Total number of employees _200_

If you are, or have been, employed by the organization provide the following information.

Job Title _Tree Trimer 1, one_    Dates of Employment: From _6/1/92_ To _11/11/99_

Present or Last Salary _958.56 week 1x wksr_    Department _Forestry Dept_    Name of Supervisor _Carlos Adams_

In the spaces below, please list each issue and basis (Race, Color, Sex, Religion, National Origin, Age, (Disability) or Equal Pay).

Examples of some common issues (action taken): Discharge; Layoff; Harassment; Transfer; Unequal Pay; Demotion; Job Eliminated; Failure to Recall; Failure to Hire; Failure to Accommodate ((Disability) and Religion Only); Unequal Terms and Conditions; Failure to Promote.

Fill in a separate section for each issue and basis.    ISSUE AND BASIS

Issue/Action taken _To go Back to work while i was on Doctors care_    Date of Action _11/16/99_

Basis/type of discrimination _____

Reason given for action _not showing up for work I was under doctor care for me to stay off no light duty_

Explain why you feel the action taken against you was discriminatory _They knew i was off & they toll_ _me to Leave work there the union aint nothing they can do_ _to go_

from page 1:

ISSUE AND BASIS

Action taken _I no longer work ther_          Date of Action _Feb/2000_

Basis/type of discrimination _Disability_

Reason given for action _not showing up would not give me my leave I need to Fixd my_

Explain why you feel the action taken against you was discriminatory _Because when I went For my leave papers sharon young didnt give it to me because she said tim von said no and I had my Doctor papers + a broken arm at the time_

If you believe you were discriminated against because of a disability, state your disability. _I was hurt on the Job a door Felloff the truck hit me in the head while I was off I Broke my arm all so. so I Asked For a leave tised to the week_

If you believe the action taken against you occurred because you opposed unlawful discrimination, filed a discrimination charge, participated in an investigation of one of the laws enforced by EEOC or associated with someone protected by one of the laws enforced by EEOC, tell us what you did. Include dates, charge numbers and/or the name and title of the person top whom you complained of discrimination.

_I mitchell M. Owens or the date of 11/16/99 Took my Job all so mercy workers Hospital For city Employee. My Doctors information + Sharon young + Bill Brown — Sharon young is payroll Bill Brown superintendent Dept. of Forestry of my Area he is over my Supervisor Carlos Adams_

Do you have any documents to support your claim of discrimination?

Yes _✓_        No _____

Have you filed a charge regarding this situation with the Illinois Department of Human Rights (IDHR)?

Yes _____   No _✓_   If yes, provide charge number _____

Have you filed a charge with the EEOC before?

Yes _____   No _✓_   If yes, provide charge number _____

If you are represented by an attorney, please provide name, address and telephone number.

_Dave Comton, my attorney_
_9654 S Crandon Chicago Illinois  60617_
_phone (773) 731-8481_

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE _Mitchell M Owens Sr._      DATE _6/12/2003_ M.O

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).

2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)

3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).

4. ROUTINE USES. Information provided on this form will be sued by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to charging parties in consideration of or in connection with litigation.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of