# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2090 | **DATE** | 5/13/2008 |
| **CASE TITLE** | OWENS vs. CITY OF CHGO. FORESTRY DEPT. | | |

**DOCKET ENTRY TEXT**

Motion by Plaintiff Mitchell M. Owens for leave to refile second amended complaint [9] is withdrawn on Plaintiff's oral motion. On Plaintiff's oral motion, Amended Complaint [8] is withdrawn. Plaintiff will proceed on his original complaint [1]. The Court requests that summons reissue and that the U.S. Marshal's office effect service of Plaintiff's original complaint [1].

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | TBK |
|---|---|---|