CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 2 5 2008 TC
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Mitchell M. Owens

V.

Case No. 08 2090
Judge Dow

Defendant(s) City of Chicago Forestry department

Motion

For the marshall's to serve the plaint,FF complant I Also will like a lawyer to help me with this Case 08 2090 a Jury Trail an as soon as the courts Can set up for the trail date I would like that and thank you Judge Dow

pnose

Mitchell M. Owens
730 EAST 84 place Apt 2N
Chicago IL. zip 60619

8/25/08

Mitchell M. Owens