# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Mitchell M. Owens
**PLAINTIFF**

VS.

City of Chicago Forestry Department
**DEFENDANT**

CASE NO. 08 2090 C

Judge Dow

**FILED**
AUG 25 2008 TC
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: City of Chicago Forestry Department personal
121 north LaSalle personal
Chicago IL. zip 60602

On 8/28, 08, at 9:15 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow in Courtroom 1719 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present US Marshall to deliver my complant and a Attorny for my case also a Jury trial as soon as the Courts can set up for it this case 082090 Thank you Judge Dow

Name Mitchell M. Owens
Address 730 East 84 place Apt 2N
City / Zip Chicago IL zip 60619
Telephone 773/994-0848
prose

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 25 day of 08, 08, I served a copy of this notice to each person whom it is directed by way of post office

_Mitchell M. Owens_
**SIGNATURE / CERTIFICATION**

8/25/08
**DATE**