UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mitchell M. Owens
                              Plaintiff,

v.                                       Case No.: 1:08−cv−02090
                                              Honorable Robert M. Dow Jr.

City of Chicago Forestry Department, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's Motion [14] for U.S. Marshal to serve summons and complaint is granted. The Court having found good cause shown, Pursuant to Rule 4m the time for issuance of summons and complaint is extended to 10/9/08. Status hearing set for 10/2/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.